NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE DANIELLE RENEE FORGET SHIELD**

---

2013-1562

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 10/799,826.

---

**ON MOTION**

---

**O R D E R**

Danielle Renee Forget Shield moves without opposition to reinstate this appeal, to recall the mandate, and for an extension of time, until November 1, 2013, to file her formal opening brief.

IT IS ORDERED THAT:

(1) The motion to reinstate the appeal and to recall the mandate is granted. The court's September 27, 2013 order is vacated, the court's mandate is recalled and the appeal is reinstated.

(2) The motion for an extension of time is granted. The appellant's opening brief is due on or before November 1, 2013.

2                                    IN RE SHIELD

FOR THE COURT

/s/ Daniel E. O'Toole
   Daniel E. O'Toole
   Clerk

s21